**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**BENITA CRUZ ANTONIO #A242-363-271   CASE NO.  6:26-CV-00404 SEC P**

**VERSUS                                             JUDGE EDWARDS**

**U S IMMIGRATION & CUSTOMS          MAGISTRATE JUDGE HORNSBY**
**ENFORCEMENT**

**JUDGMENT**

The Report and Recommendation (Doc. 7) of the Magistrate Judge having been considered, and finding that the recommendation therein is correct under the applicable law,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (Doc. 1) be DISMISSED WITHOUT PREJUDICE for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

THUS DONE in Chambers on this 29th day of April, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE